UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARLANA OTIS,
    Plaintiff,

                                            Case No. 2:14-cv-13778- SFC-MKM
-vs.-                                    Hon. Sean F. Cox

LTD FINANCIAL SERVICES, LIMITED PARTNERSHIP,
A Foreign Limited Partnership,
    Defendants.
_____

## NOTICE OF SETTLEMENT WITH DEFENDANT
## LTD FINANCIAL SERVICES, LIMITED PARTNERSHIP

Plaintiff and Defendant, LTD Financial Services, Limited Partnership, have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to LTD Financial Services, Limited Partnership, with prejudice, no later than October 9, 2015.

                                        Respectfully submitted,

                                        <u>/s/ Gary Nitzkin</u>
                                        GARY D. NITZKIN (P41155)
                                        Michigan Consumer Credit Lawyers
                                        Attorney for Plaintiff
                                        22142 West Nine Mile Road
                                        Southfield, MI 48033
                                        (248) 353-2882
                                        gary@micreditlawyer.com

September 11, 2015.

## **PROOF OF SERVICE**

I, Amber Gingiloski, hereby state that on _____, I served a copy of the within pleading upon all counsel of record via the ECF System.

_____