# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

DARLANA OTIS,

    Plaintiff,                                       Case No. 2:14-cv-13778

v.                                                   Honorable: Sean F. Cox

LTD FINANCIAL SERVICES,
LIMITED PARTNERSHIP,
A Foreign Limited Partnership,

    Defendant.

| **MICHIGAN CONSUMER CREDIT LAWYERS** | **DOBBS & NEIDLE, P.C.** |
|---|---|
| Gary D. Nitzkin, Esq. (P41155) | Gregory R. Neidle (P59273) |
| Attorney for Plaintiff | Daniel J. Ammon (P50923) |
| 22142 West Nine Mile Road | Attorney for Defendant |
| Southfield MI 48033 | 30150 Telegraph Road, Suite 410 |
| Phone: (248) 353-2882 | Bingham Farms, MI 48025 |
| Fax: (248) 353-4840 | Phone: (248) 723-9511 |
| | Fax: (248) 723-9531 |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Darlana Otis, through her attorney of record, and Defendant, LTD Financial Services, L.P., through its attorney of record, being all the parties in this action, stipulate to its immediate dismissal with prejudice and without costs and attorney's fees to any party.

*/s/* Gary D. Nitzkin
Gary D. Nitzkin, Esq. (P41155)
Attorney for Plaintiff
22142 West Nine Mile Road
Southfield MI 48033
Phone: (248) 353-2882


/s/ Daniel J. Ammon
DOBBS & NEIDLE, P.C.
Daniel J. Ammon (P50923)
Attorneys for Defendant
30150 Telegraph Road
Suite 410
Bingham Farms, MI 48025
Phone: (248) 723-9511

Dated: September 30, 2015

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

DARLANA OTIS,

    Plaintiff,

v.

LTD FINANCIAL SERVICES,
LIMITED PARTNERSHIP,
A Foreign Limited Partnership,

    Defendant.

Case No. 2:14-cv-13778

Honorable: Sean F. Cox

| **MICHIGAN CONSUMER CREDIT LAWYERS** | **DOBBS & NEIDLE, P.C.** |
|---|---|
| Gary D. Nitzkin, Esq. (P41155) | Gregory R. Neidle (P59273) |
| Attorney for Plaintiff | Daniel J. Ammon (P50923) |
| 22142 West Nine Mile Road | Attorney for Defendant |
| Southfield MI 48033 | 30150 Telegraph Road, Suite 410 |
| Phone: (248) 353-2882 | Bingham Farms, MI 48025 |
| Fax: (248) 353-4840 | Phone: (248) 723-9511 |
|  | Fax: (248) 723-9531 |

## ORDER OF DISMISSAL

By stipulation of all parties who have appeared in this action and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties have agreed to the dismissal of this action with prejudice and with each party to bear their own costs and attorney fees.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE as to all parties, and without costs and

attorney's fees to any party.

Dated:  October 5, 2015                                     s/ Sean F. Cox
                                                                            Sean F. Cox
                                                                            U. S. District Judge